JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN RIEDEL AND ANNA RIEDEL, | Case No. EDCV 13-01146-VAP (SPx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| JP MORGAN CHASE BANK, N.A., EMC MORTGAGE LLC., AND DOES 1 THROUGH 10 INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Third Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 18, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge